LILLYAN M. SPAFFORD, Respondent, v. LUCILLE S. PFEFFER, Appellant, Impleaded with Another.— Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

JOHN R. VUNK et al., Practicing Law under the Name of VUNK & CARLETON, Respondents, v. NORMAN W. ROE, Appellant.— No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

ALFRED C. WERNER, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

## (December 16, 1942.)

In the Matter of JOSEPH FELD.— Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.